Exhibit A

Beverly Hills, 9th of November 2022

Honorable Percy Anderson

US District Judge

First Street Courthouse

350 W. 1st Street, Courtroom 9A, 9th Floor

Your Honor,

I come to you with respect and appreciation for taking the time and effort to read this letter. First, I want to apologize to your Honor, the Court, and the United States of America for my wire fraud offense. I know it is a severe crime for which I am at fault for committing such an act, and I take full responsibility for it.

I deeply regret having committed this offense that violated my principles, my family's principles, and the principles of this great nation, the United States of America. For over two centuries, this country has been my home, the home of my family and fellow citizens of Cape Verde.

Throughout my life, I have been a law-abiding citizen with a clean criminal record. I can assure your Honor, the Court, and the United States of America that I will never commit such an offense again. Instead, I am taking this experience as a learning lesson, a time for reflection with the hope of coming out of it as soon as possible as a better human being.

With the intent to make things right, I have been fully cooperating with the Government to recuperate all the funds from the loans I borrowed from Pay Check Protection Program and EIDL. In addition, I have helped the Government to convert all Bitcoins and other cryptocurrencies into US dollars. I also assisted the Government recover all the cryptocurrency assets in the exchanges outside the United States jurisdictions. All these efforts have resulted in no loss for the Government, and the funds recovered surpass the original loan amount.

In closing, I ask your Honor for your leniency on my case; I promise to be a law-abiding, sound, and productive citizen of this great nation.

Sincerely,

Ramiro Mendes